UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| DENA LARUE JOHNSON, ) | CHAPTER 13 |
| ) | CASE NO. 11-83848 MHM |
| DEBTOR. ) | |

## CERTIFICATION REGARDING REVIEW OF PROOFS OF CLAIM

**COMES NOW** Roderick H. Martin & Associates, P.C., counsel of record for the debtor in the above-styled Chapter 13 case, and files this Certification Regarding Review of Proofs of Claim pursuant to General Order Number 9 and shows this Honorable Court the following:

1. The debtor filed the instant Chapter 13 proceeding on November 29, 2011.

2. The deadline for filing Proofs of Claim for creditors other than a governmental unit was April 16, 2012. The deadline for filing Proofs of Claim for governmental units was May 9, 2012.

3. I hereby certify that the following tasks have been performed on behalf of the debtor(s) in this case:

(A) Reviewed all filed Proofs of Claim on the Claims Register maintained by the Clerk of Court to determine validity and also reviewed the claim status in the Trustee's Records to verify proper treatment by the Trustee;

(B) It was not necessary to object to any filed Proof of Claim.

(C) It was not necessary to file any Proofs of Claim on behalf of any creditors.

**Dated: January 21, 2013**

Respectfully submitted,

**RODERICK H. MARTIN & ASSOCIATES, P.C.**

By:  /s/
Roderick H. Martin
Georgia Bar No. 473510

279 Washington Ave.
Marietta, Georgia 30060-1980
(770) 427-5853
(770) 427-5869 (fax)
rmartin@cutdebt.com

## CERTIFICATE OF SERVICE

This is to certify that I have sent a copy of the foregoing **CERTIFICATION REGARDING REVIEW of PROOFS of CLAIM** via ECF to the Chapter 13 Trustee: Adam M. Goodman.

**Dated: January 21, 2013**

By:

**RODERICK H. MARTIN & ASSOCIATES, P.C.**

/s/
Roderick H. Martin
Georgia Bar No. 473510