# SINGLE FAMILY LEDGER
## Reich Dental Center, P.C.

Date: 11/21/2013                                                                                   Page: 1

Guar Name: Dena Johnson
8276 Eastshore Drive
Union City, GA 30291

Chart Number: JO0002
Billing Type: 1

| DATE | TEETH | DESCRIPTION | PATIENT | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| 12/31/2012 | | Balance Forward | | | -1.00 | -1.00 |
| * 03/14/2013 | 19 | Intraoral-periapical-1st film | Dena | 0.00 | | -1.00 |
| * 03/14/2013 | | Periodic oral evaluation | Dena | 40.00 | | 39.00 |
| * 03/14/2013 | | Bitewings-four films | Dena | 44.00 | | 83.00 |
| * 03/14/2013 | | Prophylaxis-adult | Dena | 73.00 | | 156.00 |
| * 03/18/2013 | | Check Payment - Thank You | Dena | | -413.60 | -257.60 |
| * 03/18/2013 | 19 | Prefab abutment-incl placement | Dena | 422.00 | | 164.40 |
| * 03/18/2013 | 19 | Abutment supported porc/cer crn | Dena | 1122.00 | | 1286.40 |
| * 03/27/2013 | | Dental Ins Payment - Cigna | Dena | | -157.00 | 1129.40 |
| * 04/25/2013 | | Professional Discount | Dena | | -7.00 | 1122.40 |
| * 04/25/2013 | | Dental Ins Payment - Cigna | Dena | | -1122.40 | 0.00 |
| * 05/14/2013 | | Emergency Exam | Dena | 52.00 | | 52.00 |
| * 05/14/2013 | 21 | Intraoral-periapical-1st film | Dena | 19.00 | | 71.00 |
| * 05/30/2013 | | Dental Ins Payment - Cigna | Dena | | -71.00 | 0.00 |
| * 07/18/2013 | | Check Payment - Thank You | Dena | | -165.00 | -165.00 |
| * 07/18/2013 | 21 | Crown-porc fuse high noble mtl | Dena | 896.00 | | 731.00 |
| * 08/07/2013 | | Check Payment - Thank You | Dena | | -165.46 | 565.54 |
| * 08/08/2013 | | Dental Ins Payment - Cigna | Dena | | -399.60 | 165.94 |
| * 08/27/2013 | 21 | Crown Insert | Dena | 0.00 | | 165.94 |
| * 09/10/2013 | | Credit Card Payment -Thank You | Dena | | -165.94 | 0.00 |
| * 10/14/2013 | | Periodic oral evaluation | Dena | 40.00 | | 40.00 |
| * 10/14/2013 | | Prophylaxis-adult | Dena | 73.00 | | 113.00 |
| * 10/14/2013 | | Perio charting | Dena | 0.00 | | 113.00 |
| * 10/14/2013 | | Credit Card Payment -Thank You | Dena | | -36.00 | 77.00 |
| * 10/14/2013 | | Check Payment - Thank You | Dena | | -65.70 | 11.30 |
| * 10/14/2013 | | Professional Discount | Dena | | -4.00 | 7.30 |
| * 10/14/2013 | | Professional Discount | Dena | | -7.30 | 0.00 |

| | |
|---|---|
| TOTAL FAMILY BALANCE AS OF 11/21/2013: | 0.00 |
| YTD Finance Charges: | 0.00 |
| YTD Late Charges: | 0.00 |
| YTD Family Payments: | 1011.70 |
| YTD Insurance Payments: | 1750.00 |

* Procedures that have been placed in History.

```
            BE ORTHODONTICS SMYRNA
            3614 HIGHLANDS PKWY SE
               SMYRNA, GA 30082
                 770-432-6070


            BE ORTHODONTICS SMYRNA
            003194000801097841299

     Date: 09/04/2013     09:32:51 AM

                CREDIT CARD SALE

CARD NUMBER: **********8038    S
TRAN AMOUNT: $90.00
APPROVAL CD: 909588
RECORD #:    001
CLERK ID:    576005

        Thank you for your business!

               Customer Copy
```

```
                KAISER PERMANENTE GEORGIA              Kaiser Permanente Southwood   T1
                SOUTHWOOD MEDICAL CENTER                  2400 Mt. Zion Parkway
                2400 MT. ZION PARKWAY                       Jonesboro GA 30236
                JONESBORO, GA 30236-2500                      (770) 603-3685

                                                         May 11, 2013    11:15

                                                            *** CREDIT SALE ***

                                                       Transaction #: 13081
                                                             Batch #: 977
                                                         Operator ID: 2183
                                                           Card Type: VISA
                                                              Card #: xxxxxxxxxxxx8038
Payment Receipt for:   05/11/2013                          Exp Date: xxxx
Family Account Name:   JOHNSON,DENA                       Entry Mode: Swiped
Patient Name:          JOHNSON,DENA                       Reference #: 313115407475
HRN:
Account #:             371085                          Authorization Code:
                                                       APPROVAL 233259

                                                         SALE AMOUNT: $75.00

                                                          NO SIGNATURE REQUIRED

                                                            *** CUSTOMER COPY ***
```

Amount Paid:     $     75.00

Source:                VISA
Check Reference #:

Received by:     GLORIA

Please keep this receipt for your records.

Please notify us 24 hours ahead of time if you need to change or cancel an appointment. If you are not able to keep an appointment and do not give us a 24-hour notice, you may be charged a $25 fee. To cancel or reschedule an appointment anytime, sign in to kp.org or call the Appointment line at 404-365-0966 or 1-800-611-1811.

FLU NEWS: Get your flu vaccine while you are here today at no cost.

**THANK YOU FOR CHOOSING KAISER PERMANENTE.**

**KAISER PERMANENTE**
**Georgia Region**

Kaiser Permanente Glenlake T39
20 Glenlake Pkwy
Sandy Springs GA 30328
(770) 677-6072

Jun 6, 2013   8:59

\*\*\* CREDIT SALE \*\*\*

GLENLAKE MEDICAL CENTER
20 GLENLAKE PARKWAY
ATLANTA, GA 30328-3473

Transaction #: 27257
Batch #: 10
Operator ID: 4696
Card Type: VISA
Card #: xxxxxxxxxxxx5084
Exp Date: xxxx
Entry Mode: Swiped
Reference #: 315712200632

Authorization Code:
APPROVAL 777827

SALE AMOUNT: $50.00

NO SIGNATURE REQUIRED

\*\*\* CUSTOMER COPY \*\*\*

| | |
|---|---|
| Encounter #: | 10373689 |
| Patient Name: | JOHNSON, DENA |
| HRN: | |
| Provider: | SINGH, MD, VIKAS P |
| Payment Receipt for: | 06/06/2013 |
| Family Account Name: | JOHNSON, DENA |
| Account #: | 371085 |

| | |
|---|---|
| Copay Due: | $ 50.00 |
| Copay Paid: | $ 50.00 |
| Source: | VISA |
| Check Reference #: | |

Received by: LORENA

Please keep this receipt for your records.

Please notify us 24 hours ahead of time if you need to change or cancel an appointment. If you are not able to keep an appointment and do not give us a 24-hour notice, you may be charged a $25 fee. To cancel or reschedule an appointment anytime, sign in to kp.org or call the Appointment line at 404-365-0966 or 1-800-611-1811.

FLU NEWS: Get your flu vaccine while you are here today at no cost.

**THANK YOU FOR CHOOSING KAISER PERMANENTE**

## CALYR PAT DED [13]: 01/01/2013-12/31/2013

Sorted by: Date (Ascending)
Number of records: 3

Show Detail

| Date | MRN | Patient | Source | Source ID | Comment | Amount |
|---|---|---|---|---|---|---|
| 5/8/13 | 1421210 | Johnson, Dena | Claim | 14517573 | | 240.50 |
| 5/11/13 | 1421210 | Johnson, Dena | Claim | 14551443 | | 499.80 |
| 5/13/13 | 1421210 | Johnson, Dena | Claim | 14563053 | | 159.70 |

900.00

**ENTERPRISE LEASING COMPANY OF GEORGIA, 1669 COBB PKWY S, MARIETTA, GA 300606551 (770) 618-8030**

**RENTAL AGREEMENT**    **REF#**
423450    4V9KW7

**RENTER**
JOHNSON, DENA

**DATE & TIME OUT**
04/02/2013  10:21 AM
**DATE & TIME IN**
04/04/2013  12:00 PM

**BILLING CYCLE**
24-HOUR

**VEH #1 2012 FORD FOCU 4SS2**
VIN# 1FAHP3H20CL325097
LIC# V390NK
MILES DRIVEN  139

**CLAIM INFO**
TYPE CAR:  PASSAT
SHOP:  JIM ELLIS VOLVO
ATTN:  CUSTOMER PAY

**SUMMARY OF CHARGES**

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| TIME & DISTANCE | 04/02 - 04/04 | 2 | DAY | $35.00 | $70.00 |
| DW | 04/02 - 04/04 | 2 | DAY | $15.99 | $31.98 |
| RAP | 04/02 - 04/04 | 2 | DAY | $3.99 | $7.98 |
| REFUELING CHARGE | 04/02 - 04/04 | | | | $0.00 |
| | | | Subtotal: | | $109.96 |

**Miscellaneous Charges/Refunds**
| | |
|---|---|
| MISCELLANEOUS CHARGE | $10.00 |

**Taxes & Surcharges**

| | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| RENTAL VEHICLE EXCISE TAX | 04/02 - 04/04 | | | 3% | $3.15 |
| SALES TAX | 04/02 - 04/04 | | | 6% | $6.30 |
| VEHICLE LICENSE RECOVERY FEE | 04/02 - 04/04 | 2 | DAY | $1.50 | $3.00 |
| | | **Total Charges:** | | | **$132.41** |

**Bill-To / Deposits**
| | |
|---|---|
| DEPOSITS | ($250.00) |

**Total Amount Due**      **$0.00**

**PAYMENT INFORMATION**
| AMOUNT PAID | TYPE | CREDIT CARD NUMBER |
|---|---|---|
| ($117.59) | Visa | xxxxxxxxxxxx8038 PENDING |
| $250.00 | Visa | xxxxxxxxxxxx8038 |

4/4/2013

```
CUSTOMER #: 678345                        508131              JIM Ellis
                                                              Expect the best  Est. 1971
                                        *INVOICE*        VOLKSWAGEN MARIETTA
DENA JOHNSON                                             1860 Cobb Parkway · Marietta, GA 30060
8276 EASTSHORE DR                                               Direct: (770) 955-6565
UNION CITY, GA 30291-6029                PAGE 1                   www.jimellis.com
DENALJOHNSON@BELLSOUTH.NET
HOME:770-306-2177  CONT:770-306-2177
BUS:              CELL:404-986-8621   SERVICE ADVISOR:  8404 DANIEL JOSEPH BUSH
  COLOR    YEAR      MAKE/MODEL              VIN        LICENSE   MILEAGE IN / OUT   TAG
BLUE-PASSA  00   VOLKSWAGEN PASSAT    WVWMA23B4YP226004 AGW8497   224790/224790   T5929
  DEL. DATE  PROD. DATE  WARR. EXP.   PROMISED    PO NO.   RATE   PAYMENT    INV. DATE
14OCT00 IS
14OCT00 DD 01JAN00                19:00 15APR13                   CASH       11APR13
  R.O. OPENED         READY       OPTIONS:  ENG:1.8_LITER_F.I._TURBO

09:59 02APR13  11:55 11APR13
LINE OPCODE TECH TYPE HOURS                           LIST       NET       TOTAL
A CUSTOMER STATES THIS MORNING, SHE TRIED TO START THE CAR AND IT
       WOULDNT. IT HAS ELECTRICAL POWER. ADVISE. $75 DIAG
     EE70 CUSTOMER STATES THIS MORNING, SHE TRIED TO
          START THE CAR AND IT WOULDNT. IT HAS
          ELECTRICAL POWER. ADVISE. $75 DIAG
          377100      C                              286.42      286.42
     10LD 10% DISCOUNT FOR LABOR                                 -28.64    -28.64
     10PD 10% PARTS DISCOUNT                                     -32.04    -32.04
     1 058-911-023-BX STARTER                                              395.42
       CORE CHARGE C                                  75.00      75.00
    -1 058-911-023-BX CORE RETURN                                         -75.00
PARTS:     395.42  LABOR:       286.42  OTHER:      -60.68  TOTAL LINE A:  621.16
 224790 STARTER SOLENOID STICKING REPLACED STARTER ASSEMBLY. NOTE:
 PASSENGER SIDE HEADLIGHT INOPERATIVE.
     *****************************************************
B MULTI PONT INSPECTIONS
     MPI MULTI PONT INSPECTIONS
         377100      C                                0.00       0.00
     RF  REGULATORY FEE                                          2.95      2.95
PARTS:      0.00  LABOR:        0.00  OTHER:       2.95  TOTAL LINE B:    2.95
 224790 NO MULTI-POINT INSPECTION PERFORMED AT THIS TIME.
     *****************************************************
C** Courtesy Rental Vehicle W33014 2013 SILVER PASSAT #14446
     CRV Courtesy Rental Vehicle
         377100   CQS                                 0.00       0.00
PARTS:      0.00  LABOR:        0.00  OTHER:       0.00  TOTAL LINE C:    0.00
     *****************************************************    **P**A**I**D**

EST: 37.15            02APR13 09:59  SA: 8404       APR 11 2013
CUSTOMER PAY SUPPLY FEE FOR REPAIR ORDER            Per_____ 17.50
```

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 286.42 |
| PARTS AMOUNT | 395.42 |
| GAS, OIL, LUBE | -60.68 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 20.45 |
| TOTAL CHARGES | 641.61 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 24.78 |
| PLEASE PAY THIS AMOUNT | 666.39 |

Please read carefully the statement below, and sign, 72 hours after completion of work on the vehicle, I will incur a storage fee of $10.00 a day. I, the undersigned, agree to pay all court costs and a reasonable attorney's fee and, or collection agency fee.

ALL PARTS REMOVED WILL BE DISCARDED UNLESS SPECIFIED OTHERWISE.

"The Factory Warranty constitutes all of the warranties with respect to the seller of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose and the seller neither assumes nor authorizes an other person to assume for it any liability in connection with the sale of this item/items."  TERMS STRICTLY CASH UNLESS ARRANGEMENTS MADE
I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

X _____
CUSTOMER SIGNATURE

Copyright 2000 ADP, Inc. SERVICE INVOICE TYPE 2 - S12C                CUSTOMER COPY

**ENTERPRISE LEASING COMPANY OF GEORGIA, 1669 COBB PKWY S, MARIETTA, GA 300606551 (770) 618-8030**

**RENTAL AGREEMENT**  **REF#**
429055  5XZDGS

**RENTER**
JOHNSON, DENA

**DATE & TIME OUT**
09/10/2013   03:42 PM
**DATE & TIME IN**
09/12/2013   04:35 PM

**BILLING CYCLE**
24-HOUR

**VEH #1 2012 NISN SENT 4DRS**
VIN# 3N1AB6AP6CL719812
LIC# 41F97T5
MILES DRIVEN   162

**CLAIM INFO**
TYPE CAR:  PASSAT
SHOP:  JIM ELLIS VOLKSWAGON - 0303
PHONE:  (770) 955-6565

**SUMMARY OF CHARGES**

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| TIME & DISTANCE | 09/10 - 09/12 | 2 | DAY | $30.00 | $60.00 |
| DW | 09/10 - 09/12 | 2 | DAY | $15.99 | $31.98 |
| PAI | 09/10 - 09/12 | 2 | DAY | $3.00 | $6.00 |
| RAP | 09/10 - 09/12 | 2 | DAY | $3.99 | $7.98 |
| REFUELING CHARGE | 09/10 - 09/12 | | | | $0.00 |
| | | | | Subtotal: | $105.96 |
| **Taxes & Surcharges** | | | | | |
| RENTAL VEHICLE EXCISE TAX | 09/10 - 09/12 | | | 3% | $3.03 |
| SALES TAX | 09/10 - 09/12 | | | 6% | $5.70 |
| VEHICLE LICENSE RECOVERY FEE | 09/10 - 09/12 | 2 | DAY | $1.50 | $3.00 |
| | | | Total Charges: | | $117.69 |
| **Bill-To / Deposits** | | | | | |
| DEPOSITS | | | | | ($250.00) |

**Total Amount Due**   $0.00

**PAYMENT INFORMATION**
| AMOUNT PAID | TYPE | CREDIT CARD NUMBER |
|---|---|---|
| ($132.31) | Visa | xxxxxxxxxxxx8038 PENDING |
| $250.00 | Visa | xxxxxxxxxxxx8038 |

9/12/2013

```
JIM ELLIS VW OF MARIETTA SERVI
       1860 COBB PKWY S.
       MARIETTA, GA 30060
          877-225-0727

Term ID: 00816837    Ref #: 902

              Sale

**************8038
VISA    Entry Method: Swiped

Total:        $     506.38

09/17/13              17:41:38
Inv #: 902   Appr Code: 009186
Apprvd: Online  Batch#: 000036

          Customer Copy
```

515624

*INVOICE*

**VOLKSWAGEN MARIETTA**
1860 Cobb Parkway · Marietta, GA 30060
Direct: (770) 955-6565
www.jimellis.com

PAGE 1

770-306-2177
404-986-8621   SERVICE ADVISOR: 1475 RICHARD EDWARD LORD

| ODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|
| N PASSAT | WVWMA23B4YP226004 | AGW8497 | 230815/230815 | T1699 |
| XP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| | 19:00 17SEP13 | | | CASH | 17SEP13 |

OPTIONS: ENG:1.8_LITER_F.I._TURBO

EP13

|     | LIST | NET | TOTAL |
|---|---|---|---|

A CUSTOMER STATES AT TIMES ENGINE WILL NOT TURN OVER, OTHER TIMES MAKES
CLICKING SOUND. HAPPENS RANDOMLY. ALSO NOTED THAT CUSTOMER
REPLACED STARTER HERE IS APRIL OF THIS YEAR, HAD BATTERY
REPLACED AND THEN ALTERNATOR AT ANOTHER SHOP TO TRY AND CORRECT
CONCERN
```
    EE001 CUSTOMER STATES AT TIMES ENGINE WILL NOT
        TURN OVER, OTHER TIMES MAKES CLICKING SOUND.
        HAPPENS RANDOMLY. ALSO NOTED THAT CUSTOMER
        REPLACED STARTER HERE IS APRIL OF THIS
        YEAR, HAD BATTERY REPLACED AND THEN
        ALTERNATOR AT ANOTHER SHOP TO TRY AND
        CORRECT CONCERN
        149007     C                                       300.42   300.42
        1 8D1-971-349-J  HARNESS                           157.20   157.20
PARTS:   157.20  LABOR:   300.42  OTHER:    0.00  TOTAL LINE A:    457.62
230815 replaced alternator wiring harness replaced alternator
wiring harness.
       *******************************************************
B Check Engine Light On
CAUSE: RAN GFF, DTC'S STORED FOR BANK 1 MIXTURE TOO LEAN, POWER SUPPLU
       RELAY VOLTAGE TOO LOW
    CHECKENG Check Engine Light On
        149007     C                                         0.00     0.00
PARTS:    0.00   LABOR:     0.00  OTHER:    0.00  TOTAL LINE B:      0.00
230815 FOLLOWED TEST PLAN FOUND CRANKCASE BREATHER HOSE RUPTURED
AND ASSORTED VACUUM LINES CAUSING LARGE VACUUM. EST $691.57 W/TAX.
DECLINED AT THIS TIME
       *******************************************************
C MULTI PONT INSPECTIONS
    MPI MULTI PONT INSPECTIONS
        149007     C                                         0.00     0.00
    RF COMPLIANCE FEE                                        2.95     2.95
PARTS:    0.00   LABOR:     0.00  OTHER:    2.95  TOTAL LINE C:      2.95
230815 Multi Point Inspection Completed as Requested.
```

Please read carefully the statement below, and sign. 72 hours after completion of work on the vehicle, I will incur a storage fee of $10.00 a day. I, the undersigned, agree to pay all court costs and a reasonable attorney's fee, and/or collection agency fee.

**ALL PARTS REMOVED WILL BE DISCARDED UNLESS SPECIFIED OTHERWISE.**

"The Factory Warranty constitutes all of the warranties with respect to the seller of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose and the seller neither assumes nor authorizes an other person to assume for it any liability in connection with the sale of this item/items."

**TERMS STRICTLY CASH UNLESS ARRANGEMENTS MADE**

I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.

X

CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Copyright 2000 ADP, Inc. SERVICE INVOICE TYPE 2 - SI2C

CUSTOMER COPY

515624

*INVOICE*

PAGE 2

**JIM Ellis**
Expect the best
**VOLKSWAGEN MARIETTA**
1860 Cobb Parkway · Marietta, GA 30060
Direct: (770) 955-6565
www.jimellis.com

```
,45
 ;ON
 .TSHORE DR
  CITY, GA 30291-6029

 .OME:770-306-2177 CONT:770-306-2177
 BUS:                CELL:404-986-8621    SERVICE ADVISOR: 1475 RICHARD EDWARD LORD
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|
| BLUE-PASSA | 00 | VOLKSWAGEN PASSAT | WVWMA23B4YP226004 | AGW8497 | 230815/230815 | T1699 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 14OCT00 IS 14OCT00 | DD01JAN00 | | 19:00 17SEP13 | | | CASH | 17SEP13 |
| R.O. OPENED | READY | OPTIONS: | ENG:1.8 LITER F.I. TURBO | | | | |
| 15:30 10SEP13 | 15:44 17SEP13 | | | | | | |

| LINE | OPCODE | TECH | TYPE | HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EST: 128.17 | | | 10SEP13 15:30 | SA: 1475 | | | | | |

CUSTOMER PAY SUPPLY FEE FOR REPAIR ORDER                                            34.32



Please read carefully the statement below, and sign. 72 hours after completion of work on the vehicle, I will incur a storage fee of $10.00 a day. I, the undersigned, agree to pay all court costs and a reasonable attorney's fee and, or collection agency fee.

ALL PARTS REMOVED WILL BE DISCARDED UNLESS SPECIFIED OTHERWISE.

"The Factory Warranty constitutes all of the warranties with respect to the seller of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose and the seller neither assumes nor authorizes an other person to assume for it any liability in connection with the sale of this item/items."
TERMS STRICTLY CASH UNLESS ARRANGEMENTS MADE
I hereby authorize the repair work herein set forth to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in vehicle in case of fire, theft or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you and/or your employees permission to operate the vehicle herein described on streets, highways or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto.
X
CUSTOMER SIGNATURE

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 300.42 |
| PARTS AMOUNT | 157.20 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 37.27 |
| TOTAL CHARGES | 494.89 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 11.49 |
| PLEASE PAY THIS AMOUNT | 506.38 |

Copyright 2000 ADP, Inc. SERVICE INVOICE TYPE 2 - SI2C                CUSTOMER COPY

**Invoice - Customer Copy -    Page 1**

=PEPBOYS=

UNION CITY
5000 JONESBORO ROAD
5000 JONESBORO RD
UNION CITY, GA 30291
(770) 964-0071
EPA# GAD984281526

Service Manager: SERGE HERARD

**TRACKING ID# ***

| Store ID # | Service Work Order # |
|---|---|
| 0104 | 2121677 |

| | |
|---|---|
| Date: | 2013-08-24 |
| Entered By: | SERGE HERARD |
| Time In: | 09:40:26 |
| Date/Time Promised: | 2013-08-24 16:15:00 |
| Old Parts Returned: | no |

| | | | | | |
|---|---|---|---|---|---|
| Name: | Dena Johnson | Year: | 2000 | | |
| Address: | 8276 eastshore dr. | Make: | VOLKSWAGEN | | |
| City: | union city | Model: | PASSAT | | |
| State: | GA | Engine: | 4-1781 1.8L DOHC | | |
| Zip: | 30291 | Vin No.: | | | |
| Home Phone: | (770)306-2177 | License No: | GA agw8497 | | |
| Contact Phone: | (770)306-2177 | Mileage In / Out: | 230010 / 230010 | | |
| | | Color: | gray | | |

Storage Charges: If your car remains in our premises longer than 3 days after notification that repairs are completed, storage charges will begin at the rate of $10.00 per day.

I HEARBY AUTHORIZE PEP BOYS TO PERFORM THE REPAIRS ON THIS WORK ORDER AND TO FURNISH THE NECESSARY MATERIALS AND ITS EMPLOYEES TO OPERATE THE VEHICLE FOR PURPOSES OF INSPECTION, TESTING AND DELIVERY. I UNDERSTAND THAT ANY COST QUOTED IS AN ESTIMATE. I UNDERSTAND THAT UNLESS DIRECTLY CAUSED BY PEP BOYS, IT IS NOT RESPONSIBLE FOR ANY LOSS OR DAMAGE TO THE VEHICLE OR ITS CONTENTS. THAT THE VEHICLE MAY BE PARKED IN THE PEP BOYS' PARKING LOT AND THAT VEHICLES ARE LEFT OVERNIGHT AT OWNER'S RISK.    X

| Initial Estimate | Parts $: | Labor $: | Total $: | Date and Time: |
|---|---|---|---|---|
| | 3.27 | 16.00 | 19.50 | 2013-08-24    09:41:27 |

CUSTOMER NOTIFIED OF AND APPROVED INCREASE(S) IN THE ORIGINAL ESTIMATED PRICE
(_) IN PERSON  (_) PHONE
SIGNED _____ DATE _____

| TYPE | PART | DESCRIPTION | CODE | MECHANIC | HRLY RATE | HRS | QTY | SOURCE | EACH | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| PK | 9907838 | PROSTART STARTING/CHARGING SYSTEM EVAL | | | | | | | | |
| | | Includes battery test, charging system test, starting system test, and a battery protection service | | | | | | | | |
| LB | | PROSTART STARTING/CHARGING SYSTEM TEST | N | BARRY eugene WILLIAMS | | | 1 | | 16.00 -16.00 | 0.00 |
| | | Satisfaction | | | | | | | | |
| PN | 06064 | PROTECTORS, TMNL COMBO SIDE&TOP 2/CD LNX | N | | | | 1 | | 1.99 -1.99 | 0.00 |
| | | Satisfaction | | | | | | | | |
| | | | | | | | | | **Package SubTotal:** | **0.00** |
| LB | 2302 | Remove & Replace Alternator Assembly | N* | BARRY eugene WILLIAMS | 104.00 | | 1 | | 322.40 -47.40 | 275.00 |
| | | Satisfaction | | | | | | | | |
| PN | 12086 | alternator | N | | | | 1 | OP | 271.98 | 271.98 |
| OT | 9690163 | PEPGUARD LIMITED EXTENDED LABOR WARRANTY | N | | | | 1 | | 41.25 | 41.25 |
| OT | | Shop Fee | N | | | | 1 | | 35.00 | 0.00 |
| | | *** SKU 4120 represents costs and profits to the motor vehicle repair facility for miscellaneous shop supplies | | | | | | | | |

**Parts: 271.98    Labor: 275.00    Other: 41.25                    Tax: 19.04    Total: 607.27**

| | | | | |
|---|---|---|---|---|
| Tender Date: | 08/24/2013 | | Tender Time: | 4:33 PM |
| POS Trans #: | 47366 | | Store: | 0104 |
| Tender Register: | 102 | | Tender Till #: | 102 |
| Tender Cashier: | 385006 | | | |



```
             =PEPBOYS=
              PepBoys #104
           5000 JONESBORO ROAD
          UNION CITY, GA 30291
              (770) 964-0071
              www.pepboys.com
08/29/2013              4:33:18 PM EST
Trans.: 047366           Store: 0104
Reg.: 102                 Till:102
Cashier: 385006
        Service Work Order  COMPLETE

          01041020473662013 0824
PROSTART STARTING/CHARGI    0.00 T
  9907838              1 @ 0.00
    PROSTART STARTING/C   0.00   N
    9874523           1 @ 16.00
      Amt.             (-16.00)
    PROTECTORS, TMNL CO   0.00   N
    9405701            1 @ 1.99
      Amt.              (-1.99)
Order #: 2121677

Remove & Replace Alterna   275.00 N
  8583538            1 @ 322.40
   Item Discount Amt.    (-47.40)

  Order #: 2121677
alternator                 271.98 T
  12086              1 @ 271.98
  Order #: 2121677
PEPGUARD LIMITED EXTENDE    41.25 N
  9690163             1 @ 41.25
  Order #: 2121677
Shop Fee                    0.00 N
  9303872             1 @ 0.00
  Order #: 2121677
Total Discount            (65.39)
Sub-Total                  588.23
Tax                         19.04
Total                      607.27
 Debit Card (S)            607.27
   Account:  XXXXXXXXXXXX8038
   Trace #:  00521123
   Auth:  854495 (A)
Total Tender               607.27
Change Due                   0.00
```



**ATLANTA PREMIER ACCOUNTING AND TAX**
743 WASHINGTON AVE
Marietta, GA 30060
(770)514-6897
ROSINE@ATLANTA-PREMIER.COM

JOHNSON
EASTSHORE DR
CITY, GA 30291

Invoice Date: 10/03/2013

Your 2012 tax return was prepared by ROSINE CHARLES.

*Rosine M. Charles*

| Description of Charges | | Price |
|---|---|---|
| **and Supplemental Forms** | | |
| 1040 | -U.S. Individual Income Tax Return | $ 90.00 |
| Schedule A | -Itemized Deductions | 75.00 |
| Schedule C | -Profit or Loss from Business | 100.00 |
| Form 2106 | -Employee Business Expenses | 45.00 |
| Form 8283 | -Non-Cash Charitable Contributions | 45.00 |
| Form 8829 | -Expenses for Business Use of Your Home | 50.00 |
| Form 8879 | -E-File Signature Authorization | 2.00 |
| Form 8325 | -General Information for Electronic Filing | |
| Form 8880 | -Credit for Retirement Savings Contributions | |
| CRED_LMT | -Credit Limit Worksheet | |
| Form W-2 | -Wage and Tax Statement | 15.00 |
| Next Year Depr | -Next Year Depreciation Schedule | |
| Form 8606 | -Form 8606 Worksheet | 40.00 |
| Attachment | -Itemized Listing Attachment | |
| Attachment | -Itemized Listing Attachment | |
| Attachment | -Itemized Listing Attachment | |
| Comparison | -Tax Year Comparison Sheet | |
| EIC | -EIC Worksheet Page 2 | |
| Custom Fee | -Custom Fee - Charge on All Returns | 15.00 |
| Fed Depr | -Federal Depreciation Schedule | 10.00 |
| **Georgia Forms** | | |
| GA 500 | -Individual Income Tax Return | 50.00 |
| GA 500.PG2 | -Individual Income Tax Return Pg 2 | 10.00 |
| GA 500.PG3 | -Individual Income Tax Return Pg 3 | 10.00 |
| GA 8453 | -Declaration for EF | |
| GA REF | -Taxable Refund Worksheet | |

Total Forms : 25    Forms Subtotal    $  557.00

Total Balance Due   $  557.00

— 10%

$ 501.30